IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SETH D. DESCANT**<br><br>**Plaintiff,**<br><br>v.<br><br>**COUCH, CONVILLE, & BLITT, LLC, DISTRESSED ASSET PORTFOLIO III, LLC, and UNIFUND CCR, LLC**<br><br>**Defendants.** | **CIVIL NO. 2:20-cv-03029** |

**NOTICE OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the matter having been amicably resolved, and no answer having been filed by any defendant, the plaintiff in this suit Seth D. Descant hereby dismisses his claims, with prejudice, against defendants Couch, Conville, & Blitt, LLC, Distressed Asset Portfolio III, LLC, and Unifund CCR, LLC.

Respectfully submitted:

s/ Rachel T. Vogeltanz
Rachel T. Vogeltanz, TA (Bar #33501)
The Law Office of Rachel Thyre Vogeltanz, LLC
428 W. 21st Ave. / Covington, LA 70433
Telephone: (985) 377-9271
Fax: (985) 302-0972
Email: rachel@rachel.law
*Counsel for Seth D. Descant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this day, December 21, 2020, a copy of the above and foregoing notice of dismissal has been served upon all parties who have appeared in this matter, or their counsel, via either (1) each attorney's professional e-mail address; (2) facsimile; or (3) by filing online via the Court's CM/ECF system which will transmit a copy of the filing to all counsel of record.

/s/ Rachel T. Vogeltanz